# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY HOPKINS,<br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security Administration,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 16-5981 |

## O R D E R

**AND NOW**, this 25th day of October, 2017, upon consideration of Plaintiff's Request for Review (Document No. 10, filed March 27, 2017), the record in this case, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, dated October 5, 2017, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge, Thomas J. Rueter, dated October 5, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, dated October 5, 2017.

                                                          **BY THE COURT:**

                                                          /s/ Hon. Jan E. DuBois

                                                          **DuBOIS, JAN E., J.**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security On January 21, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.